

**EXHIBIT 1**